IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Randy Donk, et al.

        Plaintiff(s),

vs.                                            No. CIV

Michelle Lujan Grisham, et al.

        Defendant(s).

### INFORMATION SHEET FOR T.R.O.

**Attorney(s) for Plaintiff(s):** *(include phone #)*
Mark J. Caruso, (505) 883 5000, mark@carusolaw.com

**Attorney(s) for Defendant(s):** *(include phone #)*
Attorney General Raul Torrez (505) 490-4060

**Nature of Underlying Claim:** *(contract, tort, environment, etc.)*
Violations of the Second and Fourteenth Amendments

**Jurisdiction:** *(Cite Statutes)*
28 U.S.C. §§ 1331, 1343, 1651, 2201, 2202 and 42 U.S.C. §§ 1983 and 1988

**Precise statement of activity sought to be restrained or compelled:**
Enjoin EO 2023-130 issued by the Governor, and enjoinn Defendant Allens Order purporting to ban the possession of firearms in all public places within the City of Albuquerque and Bernalillo County.

### HEARING

Estimated length of hearing:   Plaintiffs request ex parte TRO, or hearing on Monday 30 minutes.

Request hearing to be set for: *(Select one)*
◯ Today   ⦿ ~~Tomorrow~~ Monday   ◯ Within One Week   ◯ Within Ten Days

### NOTICE

Are all parties represented by counsel at this time?   ◯ Yes  ◯ No

Have the opposing party(ies) and their attorney(s) been notified ?   ⦿ Yes  ◯ No

    If answer is yes, when?   After filing to Attorney General fax at (505) 490-4883

    If answer is no, why not?

Notice given by:  ☐ Phone   ☒ Fax   ☐ Letter   ☐ In Person   ☐ Other