IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RANDY DONK, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:23-cv-00772 |
| MICHELLE LUJAN GRISHAM, in her official capacity as the Governor of New Mexico, et al., ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT OF GUN OWNERS OF AMERICA, INC.**

  **COMES NOW** Gun Owners of America, Inc. and, pursuant to Fed. R. Civ. P. 7.1, by and through undersigned counsel, states as follows:

  Gun Owners of America, Inc. ("GOA") certifies that it is a non-profit, non-stock corporation. GOA has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOA.

  Respectfully submitted, this the 11th of September 2023.

                Respectfully submitted,

| | |
|---|---|
| /s/ Mark J. Caruso | Stephen D. Stamboulieh |
| Mark J. Caruso | Stamboulieh Law, PLLC |
| 4302 Carlisle Blvd., NE | MS Bar No. 102784 |
| Albuquerque, NM 87107 | P.O. Box 428 |
| (505) 883-5000 | Olive Branch, MS 38654 |
| mark@carusolaw.com | (601) 852-3440 |
| | stephen@sdslaw.us |
| | *Application for admission pending |
| | Attorneys for Plaintiffs |

1

**CERTIFICATE OF SERVICE**

I Mark J. Caruso, hereby certify that I have on this day, caused the foregoing document or pleading to be mailed by United States Postal Service first-class mail, postage pre-paid, to the following non-ECF participants:

Michelle Lujan Grisham
New Mexico State Capitol
4th Floor, Room 400
490 Old Santa Fe Trail,
Santa Fe, NM 87501

Patrick M. Allen
New Mexico Department of Health
Harold Runnels Building
1190 South St. Francis Drive
Santa Fe, NM 87505

Jason R. Bowie
New Mexico Department of Public Safety
4491 Cerrillos Road
Santa Fe, NM 87507

W. Troy Weisler
New Mexico Department of Public Safety
4491 Cerrillos Road
Santa Fe, NM 87507

*/s/ Mark. J. Caruso*
Mark J. Caruso