IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RANDY DONK, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 1:23-cv-00772 |
| | ) |
| MICHELLE LUJAN GRISHAM, in her official capacity as the Governor of New Mexico, et al., | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF GUN OWNERS FOUNDATION**

**COMES NOW** Gun Owners Foundation and, pursuant to Fed. R. Civ. P. 7.1, by and through undersigned counsel, states as follows:

Gun Owners Foundation ("GOF") certifies that it is a non-profit, non-stock corporation. GOF has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOF.

Respectfully submitted, this the 11th of September 2023.

Respectfully submitted,

/s/ Mark J. Caruso
Mark J. Caruso
4302 Carlisle Blvd., NE
Albuquerque, NM 87107
(505) 883-5000
mark@carusolaw.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
MS Bar No. 102784
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
*Application for admission pending

Attorneys for Plaintiffs

1

**CERTIFICATE OF SERVICE**

I Mark J. Caruso, hereby certify that I have on this day, caused the foregoing document or pleading to be mailed by United States Postal Service first-class mail, postage pre-paid, to the following non-ECF participants:

Michelle Lujan Grisham
New Mexico State Capitol
4th Floor, Room 400
490 Old Santa Fe Trail,
Santa Fe, NM 87501

Patrick M. Allen
New Mexico Department of Health
Harold Runnels Building
1190 South St. Francis Drive
Santa Fe, NM 87505

Jason R. Bowie
New Mexico Department of Public Safety
4491 Cerrillos Road
Santa Fe, NM 87507

W. Troy Weisler
New Mexico Department of Public Safety
4491 Cerrillos Road
Santa Fe, NM 87507

*/s/ Mark. J. Caruso*
Mark J. Caruso