IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATIONAL ASSOCIATION FOR GUN
RIGHTS, and FOSTER ALLEN HAINES,

     Plaintiffs,

v.                                 Case No. 1:23-cv-00771-DHU-LF

MICHELLE LUJAN GRISHAM, in her official
capacity as the Governor of the State of New Mexico,
and PATRICK M. ALLEN, in his official capacity
as the Secretary of the New Mexico Department of Health,

     Defendants,

AND

RANDY DONK, GUN OWNERS OF
AMERICA, INC., and GUN OWNERS
FOUNDATION,

     Plaintiffs,

v.                                 Case No. 1:23-cv-00772-DHU-LF

MICHELLE LUJAN GRISHAM, in her official
capacity as the Governor of New Mexico, PATRICK
M. ALLEN, in his official capacity as the Cabinet
Secretary of the New Mexico Department of Health,
JASON R. BOWIE, in his official capacity as the
Cabinet Secretary of the New Mexico Department
of Public Safety and W. TROY WEISLER, in his
individual capacity as the Chief of the New Mexico
State Police,

     Defendants.

AND

WE THE PATRIOTS USA, INC, and
DENNIS SMITH,

#

Plaintiffs,

v.

MICHELLE LUJAN GRISHAM, in her official
capacity only, PATRICK M. ALLEN, in his
official capacity only, JASON R. BOWIE, in
his official capacity only, TROY W. WEISLER,
in his individual capacity only, and HAROLD
MEDINA, in his official capacity only,

       Defendants,

AND

SHAWN BLAS,

       Plaintiff,

v.

MICHELLE LUJAN GRISHAM, in her capacity
As the Governor of New Mexico as well as in her
individual capacity, THE OFFICE OF THE
GOVERNOR OF NEW MEXICO, PATRICK
M. ALLEN, in his capacity as the Secretary of
the New Mexico Department of Health as well
as in his individual capacity and THE NEW
MEXICO DEPARTMENT OF HEALTH,

       Defendants,

AND

ZACHARY FORT, NEW MEXICO
SHOOTING SPORTS ASSOCIATION, INC.,
FIREARMS POLICY COALITION, INC., and
SECOND AMENDMENT FOUNDATION,

       Plaintiffs,

v.

MICHELLE LUJAN GRISHAM, individually and
in her official capacity as the Governor of New Mexico,

Case No. 1:23-cv-00773-DHU-LF

Case No. 1:23-cv-00774-DHU-LF

Case No. 1:23-cv-00778-DHU-LF

2

\#

PATRICK M. ALLEN, individually and in his official
capacity as the Cabinet Secretary for the New Mexico
Department of Health, JASON R. BOWIE, individually
and in his official capacity as the Cabinet Secretary of
the New Mexico Department of Public Safety, and
W. TROY WEISLER, individually and in his official
capacity as the Chief of the New Mexico State Police,

Defendants,

## ORDER SETTING STATUS CONFERENCE

THIS MATTER comes before the Court *sua sponte* for a status conference.

IT IS HEREBY ORDERED that a status conference will be held <u>via Zoom</u> on

**Wednesday, October 18, 2023**, at **11:00 a.m.**    The parties should be prepared to discuss the

necessity of a scheduling order and any other discovery issues.

The Zoom ID and Passcode will be docketed separately and available to the parties but

not the public.

While counsel is required to attend, the named parties' personal appearance is not

required.   If the parties wish to attend the hearing, counsel are responsible for ensuring that their

clients and any witnesses have the Zoom ID and Passcode necessary to join the proceedings.

Participants should connect to the proceeding 15 minutes prior its scheduled start time to

allow time for trouble shooting of any connectivity issues.   To ensure the record is of the best

quality, participants are encouraged to use a headset to reduce static and background noise; if not

using a headset participants must ensure the audio feed at their location is muted when not

speaking.

This hearing will be available for remote viewing by video stream.   Please visit

#

the Court's website at https://www.nmd.uscourts.gov/district-court-streaming-services for

information and instructions to connect.

<span style="color:red">**Recording or broadcasting of court proceedings is strictly prohibited.**</span>

_____
Laura Fashing
United States Magistrate Judge

4

#

Participating via Zoom

In order to participate via Zoom, each of you (and any other individual participating) will need to have the Zoom app installed on your computer or smart phone.   You can download the app for free at https://zoom.us.

**Zoom device requirements:**

1.  An internet-enabled device with a camera and mic, such as a tablet, smartphone, or computer.
2.  An internet connection – broadband wired or wireless (3G or 4G/LTE).
3.  Speakers and a microphone – built-in or USB plug-in or wireless Bluetooth.
4.  A webcam or HD webcam – built-in or USB plug-in.

If you've never used Zoom before, please review the following short instructional videos to become acquainted with the basics:

1.  How to Join a Meeting
2.  Joining & Configuring Audio & Video
3.  If you receive a message that you are waiting for the host to start this meeting, it means that the host has not started the meeting. You have successfully connected to Zoom, and the meeting will begin as soon as the host starts the session.

If there is some reason you or your client cannot participate via Zoom, then please contact Chambers at fashingchambers@nmd.uscourts.gov or call (505) 348-2360 to discuss options.

#